# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KEVIN WILLIAMS, A/K/A-KIRBY STEWART,

          Petitioner

       v.

CHERYL J. STURM. ESQ.,

          Respondent

: No. 134 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.